IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALI YAZDCHI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-121 |
| | § | |
| JP MORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | |
| ------------------------------------ | § | |
| | § | |
| JP MORGAN CHASE BANK, N.A., | § | |
| | § | |
| Third-Party Plaintiff. | § | |
| | § | |
| WILLIAM E. RYAN, | § | |
| | § | |
| Third-Party Defendant. | § | |

## ORDER

The pro se plaintiff, Ali Yazdchi, has moved for a one- to two-month extension to respond to JP Morgan's motion for summary judgment. (Docket Entry No. 20). JP Morgan does not oppose an extension of one or two weeks, but it opposes a longer extension. (Docket Entry No. 21). The court grants Mr. Yazdchi's motion, (Docket Entry No. 20), in part. He may file his response by September 7, 2015.

SIGNED on August 5, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge