United States District Court
Southern District of Texas

**ENTERED**
August 02, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ALI YAZDCHI, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-15-121 |
| § | |
| JP MORGAN CHASE BANK, N.A., § § | |
| Defendant. § | |
| ------------------------------------------- § § | |
| JP MORGAN CHASE BANK, N.A., § § | |
| Third-Party Plaintiff, § § | |
| VS. § § | |
| WILLIAM E. RYAN, § § | |
| Third-Party Defendant. § | |

## ORDER

For the reasons stated in the court's memorandum and order of even date, Chase's motion to reconsider, (Docket Entry No. 55), is granted. The court's order remanding this case to state court and vacating the judgment, (Docket Entry No. 53), is vacated and the final judgment dismissing Yazdchi's claims against Chase is reinstated.

SIGNED on August 2, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge